164 A.3d 411

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, PLAINTIFF–RESPONDENT, v. CENTENNIAL LAND & DEVELOPMENT CORP., DEVEL, LLC, DEFENDANTS, AND STEPHEN D. SAMOST, DEFENDANT–MOVANT, AND TOWNSHIP OF MEDFORD AND COUNTY OF BURLINGTON, DEFENDANTS, AND JOSEPH SAMOST, DEFENDANT, AND CENTENNIAL PINES CLUB, DEFENDANT/THIRD–PARTY PLAINTIFF, v. JOSEPH SAMOST, THIRD–PARTY DEFENDANT/FOURTH–PARTY PLAINTIFF, v. STEPHEN D. SAMOST, FOURTH–PARTY DEFENDANT.

March 23, 2017

## ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–894) is granted.

164 A.3d 412

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, PLAINTIFF–RESPONDENT, v. CENTENNIAL LAND & DEVELOPMENT CORP., DEVEL, LLC AND STEPHEN D. SAMOST, DEFENDANTS, AND TOWNSHIP OF MEDFORD AND COUNTY OF BURLINGTON, DEFENDANTS, AND JOSEPH SAMOST, DEFENDANT–MOVANT, AND CENTENNIAL PINES CLUB, DEFENDANT/THIRD–PARTY PLAINTIFF, v. JOSEPH SAMOST, THIRD–PARTY DEFENDANT/FOURTH–PARTY PLAINTIFF, v. STEPHEN D. SAMOST, FOURTH–PARTY DEFENDANT.

March 23, 2017

## ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–898) is granted.

ORDERED that the notice of cross-petition for certification is dismissed.

164 A.3d 412

MARK R. KRZYKALSKI, PLAINTIFF-PETITIONER, AND MICHELE KRZYKALSKI, PLAINTIFF, v. DAVID T. TINDALL, DEFENDANT-RESPONDENT.

March 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2539/2774–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

164 A.3d 412

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. TODD DORN, DEFENDANT-PETITIONER.

March 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–006189–12 having been submitted to this Court, and the Court having considered the same;